**No. 11-5980. Steve Starbala, et ux., Petitioners v. Homecomings Financial Network, Inc.**

565 U.S. 1159, 132 S. Ct. 1091, 181 L. Ed. 2d 983, 2012 U.S. LEXIS 718.

January 17, 2012. Petition for writ of certiorari to the Appellate Court of Connecticut denied.

Same case below, 125 Conn. App. 901, 10 A.3d 1109.

**No. 11-6018. Robert Boehm, et ux., Petitioners v. Andrea Evans, Chairperson, New York State Division of Parole.**

565 U.S. 1159, 132 S. Ct. 1091, 181 L. Ed. 2d 983, 2012 U.S. LEXIS 775.

January 17, 2012. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Third Judicial Department, denied.

Same case below, 79 App. Div. 3d 1445, 914 N.Y.S.2d 318.

**No. 11-6095. Israel Gonzales, Petitioner v. United States.**

565 U.S. 1159, 132 S. Ct. 1091, 181 L. Ed. 2d 983, 2012 U.S. LEXIS 848.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 642 F.3d 504.

**No. 11-6314. Terrance Lewis, Petitioner v. Harry Wilson, et al.**

565 U.S. 1160, 132 S. Ct. 1092, 181 L. Ed. 2d 983, 2012 U.S. LEXIS 762.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 423 Fed. Appx. 153.

**No. 11-6351. James Kane, Petitioner v. United States.**

565 U.S. 1160, 132 S. Ct. 1092, 181 L. Ed. 2d 983, 2012 U.S. LEXIS 823.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 434 Fed. Appx. 175.

**No. 11-6463. Robert Mann, Petitioner v. United States.**

565 U.S. 1160, 132 S. Ct. 1092, 181 L. Ed. 2d 983, 2012 U.S. LEXIS 731.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 435 Fed. Appx. 254.

**No. 11-6626. Mario Arthur Garcia, Petitioner v. United States.**

565 U.S. 1160, 132 S. Ct. 1093, 181 L. Ed. 2d 983, 2012 U.S. LEXIS 810.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 432 Fed. Appx. 248.